```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| KRASNYI OKTYABR, INC., <br><br> Plaintiff, <br><br> -v- <br><br> MAERSK A/S, <br><br> Defendant. | 24-cv-5332 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

On December 20, 2024, defendant Maersk A/S moved for summary judgment in the above-captioned case. See ECF No. 17. The following month, on January 17, 2025, plaintiff Krasnyi Oktyabr, Inc. submitted an opposition brief, and Maersk submitted a reply brief one week later. See ECF Nos. 24, 25. On January 30, 2025, the Court held oral argument on Maersk's motion and advised counsel that it would issue a bottom-line order by February 28, 2025.

After carefully reviewing the parties' briefs and considering the parties' arguments raised at oral argument, the Court grants Maersk's motion for summary judgment. An Opinion explaining the reasons for this ruling will issue in due course. The Clerk of Court is respectfully directed to close docket entry number 17.

SO ORDERED.

New York, NY
February 28, 2025

_____
JED S. RAKOFF, U.S.D.J.