**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KRASNYI OKTYABR, INC.,

                      Plaintiff,

     -against-                                         24 **CIVIL** 5332 (JSR)

## **JUDGMENT**

MAERSK A/S,

                      Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2025, Krasnyi Oktyabr's four claims -- each of which presents a different legal theory but ultimately alleges, in some form, that Maersk acted unlawfully by failing to deliver its shipments to their ultimate destination -- fail as a matter of law. For the foregoing reasons, the Court has granted the motion of defendant Maersk for summary judgment, dismissing all claims with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2025

                                                   **TAMMI M HELLWIG**
                                                   _____
                                                      **Clerk of Court**

                       **BY:**        *K. Mango*

                                                     _____
                                                     **Deputy Clerk**